**SECOND DIVISION**
**MILLER, P. J.,**
**MERCIER, J., and PHIPPS, SENIOR APPELLATE JUDGE**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

*DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.*

**January 27, 2022**

# In the Court of Appeals of Georgia

A20A0189. THE STATE v. GILMORE.

MERCIER, Judge.

In *State v. Gilmore*, 355 Ga. App. 536 (844 SE2d 877) (2020), this Court affirmed the trial court's denial of the State's motions to admit a video recording of a controlled drug buy. In *State v. Gilmore*, 312 Ga. 289 (862 SE2d 499) (2021), the Georgia Supreme Court reversed our decision, holding that the admission of the video recording was not barred by the Confrontation Clause, and it remanded this case for further proceedings. We therefore vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and reverse the trial court's judgment.

*Judgment reversed. Miller, P. J., and Senior Appellate Judge Herbert E. Phipps concur.*